**Order entered September 19, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00521-CV

**JEFFREY AGULEFO, Appellant**

**V.**

**BANK OF AMERICA, N.A., Appellee**

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 92509-86**

## ORDER

We **GRANT** appellant's September 15, 2016 third motion for an extension of time to file a brief and extend the time to **MONDAY, OCTOBER 15, 2016**. We caution appellant that no further extension will be granted absent extenuating circumstances.

/s/    ELIZABETH LANG-MIERS
JUSTICE